UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RENEE M. MILLER,

     Plaintiff,                            Case No.: 3:18-cv-233

vs.

COMMISSIONER                             Magistrate Judge Michael J. Newman
OF SOCIAL SECURITY,                (consent case)

     Defendant.

---

**ORDER AND ENTRY: (1) LIFTING THE STAY FOR THE PURPOSE OF
ADDRESSING THE JOINT MOTION TO REMAND; (2) GRANTING THE JOINT
MOTION FOR REMAND (DOC. 17); (3) REMANDING THIS CASE TO THE
COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR
FURTHER PROCEEDINGS; AND (4) TERMINATING THIS CASE ON THE COURT'S
DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties'

joint stipulation to remand this case to the Commissioner for further administrative proceedings

pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 17. Based upon the stipulation of

the parties, and for good cause shown, **IT IS ORDERED THAT:** (1) the stay on this case is

**LIFTED**; (2) the ALJ's non-disability finding is found unsupported by substantial evidence, and

the parties' joint request for a remand (doc. 17) is **GRANTED**; (3) this case is **REMANDED** to

the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

(4) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter

judgment accordingly.

       **IT IS SO ORDERED.**

Date:  1/31/2019                             s/ Michael J. Newman   
                                             Michael J. Newman
                                             United States Magistrate Judge